IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02585

KENNETH GLAD,

    Petitioner,

v.

BILL ELDER, in his official capacity as EL PASO COUNTY SHERIFF,

    Respondent.

---

**NOTICE OF ATTORNEY APPEARANCE**

---

    Alexandria Twinem, of the organization Civil Rights Corps, hereby enters her appearance as co-counsel on behalf of Petitioner Kenneth Glad.

    Dated: August 26, 2020

                                    Respectfully submitted,

                                    *s/ Alexandria Twinem*
                                    Eric Halperin
                                    Olevia Boykin
                                    Alexandria Twinem
                                    CIVIL RIGHTS CORPS
                                    1600 Connecticut Ave. NW, Suite 800
                                    Washington, DC 20009
                                    Phone:  202-894-6126
                                    Email:   eric@civilrightscorps.org
                                              olevia@civilrightscorps.org
                                              alexandria@civilrightscorps.org

                                    *Attorneys for Kenneth Glad*

**Certificate of Service**

      I certify that on August 26, 2020, I electronically filed the foregoing *Notice of Attorney Appearance* with the Clerk of Court using the CM/ECF system. The foregoing was served via email on Bryan Schmid, El Paso County Attorney's Office, at BryanSchmid@elpasoco.com.

                                                *s/ Alexandria Twinem*
                                                Alexandria Twinem