IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02585-GPG

KENNETH GLAD,

    Petitioner,

v.

BILL ELDER, In his Official Capacity as El Paso County Sheriff, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,[1]

    Respondents.

---

ORDER TO FILE PRELIMINARY RESPONSE

---

    Petitioner Kenneth Glad currently is detained at the El Paso County Jail in Colorado Springs, Colorado. Petitioner through counsel, has filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. He has paid the $5 filing fee.

    As part of the preliminary consideration of the Application in this case, the Court has determined that a limited Response is appropriate. Respondent Attorney General also is directed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts to address the affirmative defenses of timeliness under 28 U.S.C. § 2244(d) and/or exhaustion of state court remedies that apply either to § 2254

---

1  The Attorney General for the State of Colorado will be included as a named respondent for the purpose of service of this Order and for response.

actions or to § 2241 actions.   If Respondent Attorney General does not intend to raise either of these affirmative defenses, Respondent Attorney General must notify the Court of that decision in the Response.   Respondent Attorney General may not file a dispositive motion as a Preliminary or Pre-Answer Response, or an Answer, or otherwise address the merits of the claims in response to this Order.

In support of the Response, Respondent Attorney General should attach as exhibits all relevant portions of the state court record, including but not limited to copies of all documents demonstrating whether this action is filed in a timely manner and/or whether Petitioner has exhausted state court remedies.

Petitioner may reply to the Response and provide any information that might be relevant to the classification of this action and the one-year limitation period under 28 U.S.C. § 2244(d) and/or the exhaustion of state court remedies.   Petitioner also should include information relevant to equitable tolling, specifically as to whether he has pursued his claims diligently and whether some extraordinary circumstance prevented him from filing a timely habeas action in this Court as is necessary in response to Respondent's briefing regarding the classification of this action.   Accordingly, it is

**ORDERED that Clerk of the Court is directed to include the Attorney General of the State of Colorado as a named respondent for the purpose of service of this Order and for response**.   It is

FURTHER ORDERED that **within twenty-one days from the date of this Order** Respondent Attorney General shall file a Preliminary Response that complies with this Order.   It is

FURTHER ORDERED that **within twenty-one days of the filing of the Response** Petitioner may file a Reply, if he desires.   It is

FURTHER ORDERED that if Respondent Attorney General does not intend to raise either of the affirmative defenses of timeliness or exhaustion of state court remedies, Respondent must notify the Court of that decision in the Response.

Dated:   August 31, 2020

                                       BY THE COURT:

                                       s/Gordon P. Gallagher
                                       United States Magistrate Judge