# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02585-GPG

KENNETH GLAD,

    Petitioner,

v.

BILL ELDER, in his official capacity as EL PASO COUNTY SHERIFF,

    Respondent.

---

## JOINT MOTION FOR CLARIFICATION OF ORDER TO FILE PRELIMINARY RESPONSE

---

Petitioner Kenneth Glad and Respondent Bill Elder jointly move for an order clarifying this Court's Order to File Preliminary Response (Dkt. 7) and as grounds state the following:

1. Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel certifies that he has conferred with counsel for Respondent Bill Elder, who joins this motion to clarify.

2. Petitioner Kenneth Glad filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, as well as an emergency motion for expedited consideration of his petition and/or a temporary restraining order, on August 25, 2020. Dkt. Nos. 1, 2. The petition was brought against Bill Elder in his official capacity as the Sheriff of El Paso County, Colorado, where Mr. Glad is currently detained prior to trial because he cannot afford the $300,000 bond that was set in his case.

3. The Court's *Order to File Preliminary Response* added the Attorney General of the State of Colorado as a named respondent "for the purpose of service of this Order and for

response," Dkt. No. 7, at 1 n.1, and directs the Attorney General to file a preliminary response to the petition within twenty-one days, *id.* at 2.

4. The Court's Order does not expressly state whether Respondent Bill Elder is required to file a preliminary response to the petition.

5. Because Mr. Glad is detained in the El Paso County jail, the El Paso County Sheriff is the proper respondent to his petition. *Rumsfeld v. Padilla*, 542 U.S. 426, 447 (2004) ("Whenever a § 2241 habeas petitioner seeks to challenge his present physical custody within the United States, he should name his warden as respondent and file the petition in the district of confinement."). Mr. Glad is not detained pursuant to a state court-judgment and is not in the custody of the Attorney General.

6. The parties therefore seek clarification as to whether Respondent Bill Elder is ordered to file a pre-answer reply pursuant to the Court's Order (Dkt. 7).

Respectfully submitted this 3rd day of September, 2020.

/s/ Adam Mueller
Adam Mueller
David Kaplan
Haddon, Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, Colorado 80203
amueller@hmflaw.com
dkaplan@hmflaw.com
(303) 831-7364


Eric Halperin
(DC Bar No. 491199)
Olevia Boykin
(TX Bar No. 24105518)
Alexandria Twinem
(DC Bar No. 1644851)

Civil Rights Corps
1601 Connecticut Ave. NW, Suite 800
Washington, DC 20009
eric@civilrightscorps.org
olevia@civilrightscorps.org
alexandria@civilrightscorps.org
(202) 670-4809

*Attorneys for Kenneth Glad*

**Certificate of Service**

I certify that on September 3, 2020, I electronically filed the foregoing *Joint Motion for Clarification of Order to file Preliminary Response* with the Clerk of Court using the CM/ECF system. The foregoing was served via email on Bryan Schmid, El Paso County Attorney's Office, at BryanSchmid@elpasoco.com.

*s/ Stephanie Poole*