## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02585-GPG

KENNETH GLAD,

    Petitioner,

v.

BILL ELDER, In his Official Capacity as El Paso County Sheriff,

    Respondent.

## MINUTE ORDER

MAGISTRATE JUDGE GORDON P. GALLAGHER

    On September 3, 2020, Petitioner, through counsel, filed a Joint Motion for Clarification of Order to File Preliminary Response, ECF No. 9.   In this case, Petitioner seeks release from his detention pending trial in State of Colorado Case No. 20CR1876.   He is challenging his inability to pay the $300,000 bail imposed against him in Case No. 20CR1876, a State of Colorado criminal case being prosecuted by the People of the State of Colorado not by El Paso County.   It follows that the Attorney General of the State of Colorado is a proper respondent for the purpose of addressing the claims at issue in this case and exhaustion of those claims in state court.   It has been found in previous cases before this Court, when pretrial issues such as extraordinary bail ordered in a pending State of Colorado criminal case, local sheriffs, who are pretrial detainee custodians, decline to respond to a § 28 U.S.C. § 2241 application that involves pending state criminal cases.   The Clerk of the Court is directed to close the Motion for Clarification as answered.

Dated:   September 11, 2020